

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2017

No. 04-17-00432-CV

**IN THE INTEREST OF A.G.G. ET AL., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00058
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court